UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                                      **Order of Restitution**

— v. —                                                         **18 Cr. 252 (LAK)**

THOMAS GASSNOLA, a/k/a "TJ,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 1 2019

LEWIS A. KAPLAN, United States District Judge:

Upon the application of the United States of America, by its attorney, Audrey Strauss,

Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, Edward B.

Diskant, Eli J. Mark, Assistant United States Attorneys, of counsel; the Presentence Investigation

Report for Thomas Gassnola, dated August 14, 2019; the defendant's guilty plea on Count One of

the above-referenced Information; and all other proceedings in this case, it is hereby ORDERED

that:

**1. Amount of Restitution.** THOMAS GASSNOLA, a/k/a "TJ," the defendant, shall pay

restitution in the total amount of $342,437.75 to the victims of the offense charged in Count One

of the above-referenced Information.  The names, addresses, and specific amounts owed to each

victim are set forth in the Schedule of Victims attached hereto.  Upon advice of a change of address,

the Clerk of the Court is authorized to send payments to the new address without further order of

this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and

several with any of the following defendants should they be ordered to make restitution for

offenses in this matter: JAMES GATTO, MERL CODE and CHRISTIAN DAWKINS, in *United*

*States v. Gatto*, 17 Cr. 686 (LAK), and MUNISH SOOD, in *United States v. Sood*, 18 Cr. 620

(KMW). Defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of its loss from all the restitution paid by the defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:     New York, New York
           September 10 2019

SO ORDERED:

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

2